Petition for Writ of Mandamus Denied and Memorandum Opinion filed 21,
2006









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed 21, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00228-CV

____________

 

IN RE KEBO CORPORATION, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On March 10, 2006, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition, relator
asked this court to compel the Honorable Dan Beck, presiding judge of the 155th
Judicial District Court of Waller County, to set aside his ruling denying relator=s motion to dismiss the real party=s action for damages under the
Deceptive Trade Practices Act.

Relator has not established that he is
entitled to mandamus relief. 
Specifically, we have determined that there are disputed issues of fact
which preclude mandamus review.  See
West v. Solito, 563 S.W.2d 240, 245 (Tex.
1978).  Accordingly, we deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed March 21, 2006.

Panel consists of
Chief Justice Hedges, Justices Yates and Guzman.